IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

K&M DEVELOPMENT, INC., et al.,

    Plaintiffs,

v.                                                    CV 10-648 MV/CG

CITY OF ALBUQUERQUE, et al.,

    Defendants.

## ORDER TO EXTEND TIME TO NAME ADDITIONAL PARTIES

THIS MATTER having come before the Court on the City of Albuquerque's ("City") Unopposed Motion to Extend Time to Name Additional Parties, and the Court, having considered the consent of all parties, and being advised in the premises,

    FINDS that the City's Motion is well taken and should be granted.

    IT IS THEREFORE ORDERED that the Scheduling Order is amended and Defendants shall have until November 22, 2010 to name additional parties in this matter.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

ORDER SUBMITTED BY:

Filed Electronically:
 /s/ Kevin J. Curran
Kevin J. Curran
Assistant City Attorney
Attorney for Defendant City of Albuquerque
P. O. Box 2248
Albuquerque, NM 87103
(505) 768-4500
kjcurran@cabq.gov